UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# JS-6

## CIVIL MINUTES – GENERAL

Case No. 5:26-cv-01212-FWS-DSR                          Date: April 13, 2026
Title: Channa Tho v. Warden

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

|  Rolls Royce Paschal  | N/A |
| --- | --- |
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Not Present                                          Not Present

## PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING PETITION AS MOOT [1]

Petitioner Channa Tho filed a petition seeking release from immigration detention. (*See generally* Dkt. 1 ("Petition" or "Pet.").)  Petitioner also filed an application for temporary restraining order which the court denied because Respondents met their burden in demonstrating that there was a significant likelihood that Petitioner would be removed to Cambodia in the reasonably foreseeable future. (Dkt. 10 at 3-4.)  Respondents subsequently filed a status report declaring that Petitioner had been removed to Cambodia. (Dkt. 12-1.)

"To maintain an extant claim, a litigant must continue to have a personal stake in the outcome of the suit throughout 'all stages of federal judicial proceedings.'" *Abdala v. I.N.S.*, 488 F.3d 1061, 1063 (9th Cir. 2007) (quoting *United States v. Verdin*, 243 F.3d 1174, 1177 (9th Cir. 2001)).  "At any stage of the proceeding a case becomes moot when it no longer presents a case or controversy under Article III, § 2 of the Constitution." *Id.* (citation modified).  "For a habeas petition to continue to present a live controversy after the petitioner's release or deportation, however, there must be some remaining 'collateral consequence' that may be redressed by success on the petition." *Id.* at 1064.  In this case, because Petitioner has been removed to Cambodia, the court finds that the Petition seeking release from immigration custody no longer presents a live case or controversy. *See Eliazar G.C. v. Wofford*, 2025 WL 2589699, at *2 (E.D. Cal. Aug. 6, 2025) ("Given that Petitioner is no longer in ICE custody, the Court finds that no case or controversy exists and the petition is moot.").  Accordingly, the Petition is **DISMISSED AS MOOT.**

---

**CIVIL MINUTES – GENERAL**                                                    1